1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MAUREEN C. ONYEAGBAKO (CABN 238419)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA, 94612
       Telephone:  (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-mail:     maureen.onyeagbako@usdoj.gov
8
   Attorneys for the United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00481 DLJ |
| Plaintiff, | JOINT STIPULATION TO CONTINUE DEADLINE FOR PRE-TRIAL FILINGS TO MAY 4, 2012; [] ORDER |
| v. | |
| HECTOR MARTINEZ-HERNANDEZ, | Pre-Trial Conference: May 11, 2012 |
| Defendant. | Time: 10:00 a.m. |
| | Court: Hon. D. Lowell Jensen |

IT IS HEREBY STIPULATED, by and between the parties to this action through their undersigned counsel, as follows:

WHEREAS, trial in the above-captioned matter was originally scheduled to begin on May 14, 2012 with the pre-trial conference to take place May 4, 2012, and pre-trial motions and memoranda to be filed by April 27, 2012;

WHEREAS, in a Notice Vacating Trial Date and Resetting Pretrial Conference Date entered April 26, 2012, the Court vacated the trial date and continued the pre-trial conference to May 11, 2012;

WHEREAS, the parties have participated in ongoing discussions in an effort to resolve the matter prior to trial and agree that continuing the deadline for pre-trial filings will allow

1  defense counsel time to meet and confer with the defendant, who is in custody, about discussions
2  with the government; and
3       WHEREAS, the parties agree that justification and good cause exist to continue the
4  deadline for filing pre-trial motions and memoranda from April 27, 2012 to May 4, 2012.
5       IT IS SO STIPULATED.

Respectfully submitted,

Dated:  April 27, 2012

              /s/
MAUREEN C. ONYEAGBAKO
Special Assistant United States Attorney

Dated:  April 27, 2012

              /s/
BRENDAN M. HICKEY
Counsel for Defendant

JT. STIP. TO CONTINUE DEADLINE FOR
PRE-TRIAL FILINGS; [] ORDER
CR 09-00481 DLJ

2

1 **ORDER**

2 Based on the reasons provided in the Joint Stipulation To Continue Deadline For Pre-
3 Trial Findings and good cause appearing, IT IS HEREBY ORDERED that the deadline for filing
4 pre-trial motions and memoranda, currently scheduled for April 27, 2012, is continued to May 4,
5 2012.

6 IT IS SO ORDERED.

7
8 DATED: _____          _____
                                HON. D. LOWELL JENSEN
9                               United States District Judge