1 BRENDAN M. HICKEY
Cal Bar No. 261794
2 Pier 9, Suite 100
San Francisco, CA 94111
3 Telephone: (415) 494-8444
Facsimile: (415) 735-3544
4 Brendan@Defender-Services.com

5 Attorney for Defendant
HECTOR MARTINEZ-HERNANDEZ
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 09-CR-481-SBA |
|---|---|
| Plaintiff, | Date: July 24, 2012 |
| v. | Time: 2:30 pm |
| **HECTOR MARTINEZ-HERNANDEZ**, | **MOTION AND ORDER SHORTENING TIME** |
| Defendant. | |

**I.**

**MOTION TO SHORTEN TIME**

Defendant, Hector Martinez-Hernandez, by and through counsel, Brendan M. Hickey, hereby moves this Court for an order shortening time in which defendant may file his sentencing memorandum.

This application is due to the fact that Mr. Martinez's family indicated to undersigned counsel that they would be able to provide several letters of support for sentencing. While they intended to deliver them no later than July 17, 2012, they ultimately were unable to deliver them by that date and instead delivered the (translated) letters to counsel's office on July 18, 2012. Mr. Martinez's sentencing memorandum, with the letters attached as exhibits, was filed the same day

1

that the letters were received.

For the foregoing reasons, counsel hereby requests that this court order the time to file defendant's sentencing memorandum be shortened to six (6) days.

Respectfully submitted,

DATED: July 18, 2012
*/s/ Brendan Hickey*
BRENDAN M. HICKEY
Attorney for Hector Martinez-Hernandez

**IT IS SO ORDERED**

DATED: _7/23/12   _____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge